IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Christopher Adolf,<br><br>    Petitioner,<br><br>v.<br><br>Unknown O'Neil, et al.,<br><br>    Respondents. | No. CV-15-01030-PHX-DLR<br><br>**ORDER** |

  Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Eileen S. Willett, (Doc. 19), regarding Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, (Doc. 1). The R&R recommends that the petition be denied and dismissed with prejudice. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (Doc. 19 at 21 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72).) Petitioner filed his "Objection to the Magistrate Judge's Report and Recommendation" on May 9, 2016. (Doc. 21.)

  The Court has considered the objections and reviewed the R&R de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the R&R to which specific objections are made). The Court agrees with the Magistrate Judge's determinations, accepts the recommended decision within the meaning of Rule 72(b), and overrules Petitioner's objections. *See* 28

U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

**IT IS ORDERED** that the R&R of the Magistrate Judge, (Doc. 19), is **ACCEPTED**. Having considered the issuance of a Certificate of Appealability from the order denying Petitioner's Petition for a Writ of Habeas Corpus, a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment denying and dismissing Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, (Doc. 1), with prejudice, and shall terminate this action.

Dated this 20th day of May, 2016.

Douglas L. Rayes
United States District Judge